IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB S. HOOPER
ADC #160552                                                                                    PLAINTIFF

v.                           CASE NO. 1:15-CV-00075 BSM

MINDY JONES and
TATE LAWRENCE                                                                                DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by Untied States Magistrate Judge Beth Deere have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in all respects.

IT IS THEREFORE ORDERED that:

1.   Hooper's complaint [Doc. No. 2] is dismissed without prejudice.

2.   It is further certified that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 5th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE