IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB S. HOOPER
ADC #160552                                                                                    PLAINTIFF

v.                         CASE NO. 1:15-CV-00075 BSM

MINDY JONES and
TATE LAWRENCE                                                                             DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 5th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE